**The Cobbler**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 71. 89. 17. 181 | 5/2/15 07:38:52 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Stevens Point | Portage |
| 2 | 71. 89. 109. 46 | 5/2/15 01:29:21 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Marshfield | Wood |
| 3 | 24. 178. 27. 126 | 4/30/15 12:13:15 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Oregon | Dane |
| 4 | 24. 183. 100. 156 | 4/29/15 12:22:10 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 5 | 96. 42. 36. 25 | 4/28/15 07:26:35 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Janesville | Rock |
| 6 | 24. 240. 116. 130 | 4/28/15 06:54:38 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Wausau | Marathon |
| 7 | 71. 87. 107. 189 | 4/27/15 04:34:52 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Holmen | La Crosse |
| 8 | 71. 90. 89. 240 | 4/26/15 04:21:37 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Sun Prairie | Dane |
| 9 | 97. 90. 234. 197 | 4/26/15 03:47:32 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 10 | 68. 114. 215. 127 | 4/25/15 04:33:16 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Janesville | Rock |
| 11 | 96. 41. 246. 1 | 4/25/15 02:57:56 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 12 | 24. 240. 83. 154 | 4/24/15 11:46:35 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Evansville | Rock |
| 13 | 68. 117. 93. 5 | 4/24/15 11:28:23 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | La Crosse | La Crosse |
| 14 | 68. 185. 181. 207 | 4/24/15 11:11:53 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Beloit | Rock |
| 15 | 71. 87. 52. 130 | 4/24/15 09:58:27 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Sun Prairie | Dane |
| 16 | 71. 89. 20. 164 | 4/24/15 06:00:32 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Stevens Point | Portage |
| 17 | 68. 115. 66. 50 | 4/24/15 01:04:54 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Chippewa Falls | Chippewa |
| 18 | 75. 134. 29. 76 | 4/23/15 10:59:48 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Edgerton | Rock |
| 19 | 71. 90. 69. 194 | 4/23/15 09:08:57 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 20 | 68. 117. 87. 47 | 4/23/15 01:27:10 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Mosinee | Marathon |
| 21 | 71. 90. 41. 75 | 4/23/15 01:25:40 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Janesville | Rock |
| 22 | 97. 88. 144. 147 | 4/23/15 12:51:09 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | La Crosse | La Crosse |
| 23 | 66. 188. 252. 59 | 4/22/15 08:38:14 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Eau Claire | Eau Claire |
| 24 | 97. 83. 196. 219 | 4/22/15 01:23:38 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Hayward | Sawyer |
| 25 | 68. 113. 151. 156 | 4/22/15 03:08:42 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Sun Prairie | Dane |
| 26 | 97. 83. 243. 153 | 4/22/15 01:36:38 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Madison | Dane |
| 27 | 96. 42. 30. 170 | 4/21/15 09:57:54 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Beloit | Rock |

**Exhibit B**